UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINO'S PIZZA FRANCHISING, LLC,

       Plaintiff,                            Case No. 12-CV-14629

vs.                                          HON. MARK A. GOLDSMITH

ELIA R. PADILLA, et al.,

       Defendants.
_____/

## ORDER OF DISMISSAL
## OF THE CLAIMS AGAINST ELIA R. PADILLA WITHOUT PREJUDICE

This matter is presently before the Court on the Court's own review of the docket. After Plaintiff filed the complaint, the Court issued summonses to Defendant Elia R. Padilla (Dkt. 3) and Defendant Padilla Pizza, Inc. (Dkt. 4). Plaintiff served Defendant Padilla Pizza, Inc. (Dkt. 14), but Padilla Pizza, Inc. did not defend against Plaintiff's action and the Court entered a default judgment against Padilla Pizza, Inc. (Dkt. 24). However, Plaintiff has apparently not served the summons and complaint upon Defendant Elia R. Padilla, despite an extension for the time of service under Rule 4(m). See 3/25/2013 Text-Only Order. The Court warned Plaintiff that if it failed to serve Defendant Elia R. Padilla by May 1, 2013 and file proof of service by May 3, 2013, the Court would dismiss the claims against Defendant Elia R. Padilla without prejudice. Id. Plaintiff has failed to file proof of service by May 3, 2013.

Accordingly, the Court dismisses the claims against Defendant Elia R. Padilla without prejudice.

SO ORDERED.

Dated: May 7, 2013　　　　　　　　　　　　s/Mark A. Goldsmith　　　
　　　　 Flint, Michigan　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

　　　　The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 7, 2013.

　　　　　　　　　　　　　　　　　　　　　　s/Deborah J. Goltz　　　　
　　　　　　　　　　　　　　　　　　　　　　DEBORAH J. GOLTZ
　　　　　　　　　　　　　　　　　　　　　　Case Manager